UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GARRETT,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RALPH DIAZ,<br><br>　　　　　　Respondent. | No. 2:19-cv-0999 JAM AC P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2019, the magistrate judge issued findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 5. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued July 29, 2019 (ECF No. 5), are ADOPTED in full, and

2. This action is dismissed without prejudice.

Dated: October 10, 2019 /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge